IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GARY LEWIS MARSHALL,       :
AIS 193639,
                           :
    Petitioner,
                           :
vs.                                CA 08-0521-CG-C
                           :
KENNETH JONES,
                           :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 22nd day of December, 2008.

        /s/ Callie V. S. Granade
        CHIEF UNITED STATES DISTRICT JUDGE